## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| SONYA E. BYERLY, INDEPENDENT EXECUTOR OF THE ESTATE OF GREGORY G. BYERLY, DECEASED ) ) ) ) Plaintiff, ) ) V. ) ) THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and STANDARD INSURANCE COMPANY ) ) ) ) Defendants. ) | Case No.  4:18-cv-592 |

### ORDER

The Agreed Motion to Dismiss Defendant The Prudential Insurance Company of America (Dkt. #27) has come on before the Court for consideration.  After consideration of the motion, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant The Prudential Insurance Company of America are dismissed with prejudice, costs taxed against the party incurring same.

IT IS FURTHER ORDERED  that nothing herein shall affect Plaintiff's claims against Defendant Standard Insurance Company.

SIGNED this 18th day of June, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE