# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SONYA E. BYERLY, INDEPENDENT EXECUTOR OF THE ESTATE OF GREGORY G. BYERLY, DECEASED<br>*Plaintiff*,<br>v.<br><br>STANDARD INSURANCE COMPANY<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.  4:18-CV-00592<br>Judge Mazzant |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order on this date, it is

**CONSIDERED, ORDERED**, and **ADJUDGED** that this case is hereby **DISMISSED** with prejudice.

All relief not previously granted is hereby **DENIED**.

**SIGNED this 25th day of March, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE