IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SONYA E. BYERLY, INDEPENDENT ) <br> EXECUTOR OF THE ESTATE OF ) <br> GREGORY G. BYERLY, DECEASED ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> STANDARD INSURANCE COMPANY ) <br> ) <br> Defendant. ) | Case No. 4:18-cv-592 |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Sonya E. Byerly, Independent Executor of the Estate of Gregory G. Byerly, hereby appeals to the United State Court of Appeals for the Fifth Circuit from the Court's Memorandum Opinion and Order of March 25, 2020 (Doc. 52) denying Plaintiff's Motion for Partial Summary Judgment and granting Defendant's Motion for Summary Judgment or, Alternatively, for Judgment under Rule 52, and the Final Judgment entered on March 25, 2020 (Doc. 53).

Respectfully submitted,

*s/s Richard L. Arnold*
Richard L. Arnold
State Bar No. 01345450

Richard Arnold Law
100 Crescent Court, 7th Floor
Dallas, TX  75201
Tel:   214-459-2845
Fax:  214-459-0131
richard@richardarnoldlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appeal was served on all counsel of record on April 20, 2020.

                                            *s/s Richard L. Arnold*
                                            Richard L. Arnold